NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GEOFFREY JOE,                                )
                                             )
            Appellant,                       )
                                             )
v.                                           )        Case No. 2D17-4541
                                             )
STATE OF FLORIDA,                            )
                                             )
            Appellee.                        )
                                             )
_____ )

Opinion filed February 22, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Pasco
County; Mary M. Handsel, Judge.

Geoffrey Joe, pro se.

Ashley Moody, Attorney
General, Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


MORRIS, SLEET, and ATKINSON, JJ., Concur.